From Abel Screening, Inc. No. 011
Case 1:11-cr-00103-TJM Document 42-8 Filed 06/27/12 Page 1 of 2
Case 1:11-cr-00103-TJM Document 44-8 Filed 06/27/12 Page 5 of 14

## The AASI-3 for Men Summary

| | | | |
|---|---|---|---|
| Client ID 111102 | Age 30 | Race White/Caucasian | Sex Male |
| Site ID 1377 | | | Test Date 11/10/11 02:18:47 PM |

### Summary of Admitted Sexual Behaviors

The therapist should question this person in detail regarding the inappropriate sexual behaviors in which this person indicates current or previous involvement. These items are listed below. This summary also indicates whether this person is currently involved in each of these behaviors and whether this person reports poor control. The behaviors are presented as reported by this person and may be inconsistent with responses to similar questions in other sections of the questionnaire.

**Child Molestation:**

    This person reports complete or nearly complete control

    This person reports that this behavior last occurred 15 years ago

    The behavior involved:
        None of the answers applied

    Types of children found sexually arousing:
        Teenage girls 14-17 years of age

    Types of children sexually touched:
        Teenage girls 14-17 years of age

    Relationship to child(ren) touched sexually:
        This person's neighbors or acquaintances

This person reported NO adult co-offender was present

Of all sexual fantasies, NONE are about sexually touching a child

### Summary of Sexual Health Concerns

    This person lists no sexual health concerns

The AASI-3™ results are not conclusive. The information provided in this report is based solely on data developed from The AASI-3 ™. This report should be interpreted in the context of other information about the individual and should be used as one of many criteria in making a decision.

Administrator Version 4.2    Report Version 4.2L        Copyright (C) 2011 Gene G. Abel, M.D.    Serial # 260685    Page: 4

Exhibit H

## The AASI-3 for Men Summary

| | | | |
|---|---|---|---|
| Client ID 111102 | Age 30 | Race White/Caucasian | Sex Male |
| Site ID 1377 | | | Test Date 11/10/11 02:18:47 PM |

### Admissions, Accusations and Convictions
*(for sexual acts against children)*

This person **ADMITS** having sexually touched 1 child 3 times.
This person **DENIES** having been accused of sexually abusing a child.
This person **DENIES** having sexually molested a child.
This person **DENIES** having been convicted for a sex act against a child.

### Details of Accusations

These items indicate this person's admission of accusations and offer another independent measure of admission of child sexual abuse. This information should be interpreted in the context of this person's overall situation and compared with other sources of information available to the therapist. If this person's responses are clearly at odds with the information available from other sources, the therapist should follow-up with more detailed questioning.

This person **ADMITS NEVER** having been accused, and **NEVER** having sexually molested a child.

The AASI-3™ results are not conclusive. The information provided in this report is based solely on data developed from The AASI-3 ™. This report should be interpreted in the context of other information about the individual and should be used as one of many criteria in making a decision.

Administrator Version 4.2   Report Version 4.2L        Copyright (C) 2011 Gene G. Abel, M.D.   Serial # 260685    Page: 5