Debra Karper
2133 St. Rt. 165
Cobleskill, NY 12043

RE: United States v. David R. Karper, Jr.

CaseNo. 11-CR-103 (TJM)



Dear Judge McAvoy,

It has come to my attention that I may not be able to speak on David's behalf in court. I am writing to you now so you can make an informed decision at sentencing time. I believe David when he said he was looking for his daughter on the internet. Months before the arrest, he asked me a few times if it was OK with me if she came to live with us and I told him yes. At another time, he looked me in the eye and said "Mom, what would you do if you were told that your kid was in danger?" I told him I'd do whatever I needed to do. I later talked to my sister and she said he asked her almost the same question and received the same answer as mine. He also told every official from the beginning that he received an e-mail from his child's grandmother to look for his daughter there.

Between the mentioned discussions, knowing my son and having nothing else even remotely resembling child porn but what was on the computer, I do believe him one hundred percent.

Between given an ultimatum and intimidation, the officers in charge threatened 10+ years for perjury if he told them about his daughter again. On the day of the first hearing, David's attorney Timothy E. Austin told him to plead guilty to possession and downloading or get charged with giving two false statements at 15 years each.

I will be mailing this instead of giving it to David's attorney because after he told my son to lie to the psychologist I lost all trust in him.

I believe in the punishments for crimes made by the guilty. I have taught my children about consequences to their actions, so looking for his daughter there, he believed in the danger she was in by trying to get evidence.

Thank you for time, Sincerely,

*Mrs. Debra Karper* (signature)

Mrs. Debra Karper

cc - Binghamton

Court Exhibit 1